# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLORENCIA CARDOZA | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : No.: 18-17647 |
| | : |
| ZUFALL HEALTH CENTER, INC. | : |
| | : |
| Defendant. | : |
| | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Plaintiff in the above-referenced matter.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Timothy S. Seiler*
Timothy S. Seiler, Esq.

Dated: January 3, 2019