UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Florencia Cardoza,
        Plaintiff,

v.

Zufall Health Center, Inc.,
        Defendant.

Civil Action No. 18-17647

**DISCLOSURE STATEMENT**

The undersigned counsel for Zufall Health Center, Inc., certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
_____
_____
_____
_____

**OR**

[X] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

| | |
|---|---|
| *s/Kathleen O'Malley* | Duane Morris LLP |
| Signature of Attorney | Name of Firm |
| Kathleen O'Malley | 1940 Route 70 East, Suite 100 |
| Print Name | Address |
| 3/29/18 | Cherry Hill, NJ 08003 |
| Date | City/State/ZIP Code |

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)